**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7431**

ARTHUR DALE SENTY-HAUGEN,

        Petitioner - Appellant,

    v.

PAUL ADAMS, Warden, FCI-Hazelton,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Thomas S. Kleeh, Chief District Judge.  (1:20-cv-00047-TSK)

Submitted:  March 24, 2022               Decided:  March 28, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur Dale Senty-Haugen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Dale Senty-Haugen, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on Senty-Haugen's 28 U.S.C. § 2241 petition in which he challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Senty-Haugen v. Adams*, No. 1:20-cv-00047-TSK (N.D.W. Va. Sept. 28, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*